# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THEODORE KUHLMAN , et al. | CASE NUMBER: |
| PLAINTIFF(S) | 2:22–mc–00238 |
| v. | |
| MARY CAROLE MCDONNELL , et al. | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____          _____          _____

Date Filed            Doc. No.          Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated:_ December 14, 2022 _          By: _ /s/ Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov _
                                                            Deputy Clerk