WHEN RECORDED MAIL TO:

Aldridge Pite, LLP
c/o Marissa Snodgrass
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Theodore Kuhlman, et al.

PLAINTIFF(S),

v.

Mary Carole McDonnell, et al

DEFENDANT(S).

CASE NUMBER:

CV 2:22-mc-00238

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on December 15, 2022 in favor of Theodore Kuhlman, et al.
whose address is 6576 Sherbourne Ct, Mason, OH 45040
and against Mary Carole McDonnell, et al
whose last known address is 1336 Sugar Loaf Dr, La Canada Flintridge, CA 91011-3918
for $ 4,465,255.38   Principal,   $_____ Interest,   $_____ Costs, and $_____ Attorney Fees.

ATTESTED this _____ day of _____, 2023.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; 2116 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

marycarolemcdonnell@gmail.com

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER