**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Theodore Kuhlman, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:22-mc-00238-UA |
| v. | |
| Mary Carole McDonnell, et al. | **NOTICE OF DEFICIENCY RE:** |
| | **WRIT OF EXECUTION AND** |
| | **ABSTRACT OF JUDGMENT** |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☐ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☒ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☐ Other:

Clerk, U. S. District Court

4/7/2023
Date

By  M. Zari (213) 894-3535
Deputy Clerk

WHEN RECORDED MAIL TO:

Aldridge Pite, LLP
c/o Marissa Snodgrass
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Theodore Kuhlman, et al. | | CASE NUMBER: |
| | PLAINTIFF(S), | CV 2:22-mc-00238 |
| v. | | |
| Mary Carole McDonnell, et al | | **ABSTRACT OF JUDGMENT/ORDER** |
| | DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on December 15, 2022
in favor of Theodore Kuhlman, et al.
whose address is 6576 Sherbourne Ct, Mason, OH 45040
and against Mary Carole McDonnell, et al
whose last known address is 1336 Sugar Loaf Dr, La Canada Flintridge, CA 91011-3918
for $ 4,465,255.38             Principal,   $                    Interest,   $                    Costs,
and $                    Attorney Fees.

ATTESTED this _____ day of _____ , 2023 .
Judgment debtor's driver's license no. and state; _____  (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____2116_____  (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

marycarolemcdonnell@gmail.com                    CLERK, U.S. DISTRICT COURT

_____

_____  By _____
                                              Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER